**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOROTHEA BACON, by and through MOLLIE MORONEY, as Conservator of the Person and Estate of DOROTHEA BACON, Conservatee, on Behalf of Themselves and All Others Similarly Situated,

    Plaintiff,

  v.

AMERICAN INTERNATIONAL GROUP, et al.,

    Defendants

No. C-05-4979 MMC

**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

    On February 28, 2006, plaintiff electronically filed her Second Amended Complaint. Plaintiff has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document. The parties are hereby advised that if either party fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the

1  Court may impose sanctions on the noncomplying party, including, but not limited to,
2  striking from the record any electronically-filed document of which a chambers copy has not
3  been timely provided to the Court.
4  **IT IS SO ORDERED.**
5  Dated: March 13, 2006

                         MAXINE M. CHESNEY
                         United States District Judge