ALSCHULER GROSSMAN STEIN & KAHAN LLP
Frank Kaplan (State Bar No. 50859)
Seth M. Gerber (State Bar No. 202813)
fkaplan@agsk.com
sgerber@agsk.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:   310-907-1000
Facsimile:   310-907-2000

Attorneys for Defendants
Washington Mutual, Inc., Washington Mutual
Insurance Services, Inc. and WM Financial
Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEA BACON, by and through MOLLIE MORONEY, as Conservator of the Person and Estate of DOROTHEA BACON, Conservatee, on Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, AIG RETIREMENT SERVICES, INC., SUNAMERICA LIFE INSURANCE COMPANY, AIG ANNUITY INSURANCE COMPANY, WASHINGTON MUTUAL, INC., WASHINGTON MUTUAL INSURANCE SERVICES, INC., WM FINANCIAL SERVICES, INC., and DOES 1-100, Inclusive,<br><br>            Defendants. | CASE NO. C05-4979 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE (1) CONTINUANCE OF MOTIONS TO DISMISS SECOND AMENDED COMPLAINT, (2) CONTINUANCE OF CASE MANAGEMENT CONFERENCE, AND (3) CONTINUANCE OF RULE 26(a) DISCLOSURES** |

ALSCHULER GROSSMAN STEIN & KAHAN LLP

882465_1.DOC

-1-

This Stipulation is made with reference to the following facts:

1. A Case Management Conference is scheduled for April 7, 2006, at 10:30 a.m. in this action;

2. The disclosures required by Rule 26(a) of the Federal Rules of Civil Procedure are currently due on or before March 31, 2006;

3. Defendants Washington Mutual, Inc., Washington Mutual Insurance Services, Inc. and WM Financial Services, Inc. have filed a motion to dismiss each cause of action of plaintiff's Second Amended Complaint, and that motion is currently set for hearing on April 21, 2006, at 9:00 a.m.

4. Defendants American International Group, AIG Retirement Services, Inc., SunAmerica Life Insurance Company and AIG Annuity Insurance Company have filed a motion to dismiss the Second Amended Complaint, a motion to strike certain allegations in that complaint, and a motion for misjoinder of parties, and those motions are currently set for hearing on April 21, 2006, at 9:00 a.m.

5. One of plaintiff's counsel, Louise Renne, will be out of the country from March 24 through April 17, 2006; and

6. Defendants believe that the Case Management Conference and Rule 26(a) disclosures should be deferred until after the Court rules on the pending motions to dismiss, motion to strike, and motion for misjoinder, and plaintiff does not oppose such a deferral.

Accordingly, the parties, through their respective attorneys of record, stipulate as follows:

1. The motions to dismiss, motion to strike and motion for misjoinder currently set for April 21, 2006, may be continued to May 19, 2006, at 9:00 a.m.

2. Plaintiff's opposition to the motions shall be filed and served on or before April 21, 2006.

3. Defendants' replies to the opposition shall be filed and served on or before May 5, 2006.

882465_1.DOC                    -2-

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

Stipulation and [Proposed] Order re (1) Continuance of Motions To Dismiss [etc.]
CASE NO. C05-4979 MMC

4.  The Case Management Conference currently set for April 7, 2006, may be continued to June 2, 2006, at 10:30 a.m. or such later date as may be ordered by the Court.

5.  The disclosures required by Rule 26(a) of the Federal Rules of Civil Procedure may be deferred until June 9, 2006, or such later time as may be ordered by the Court.

Dated: March 21, 2006  RENNE SLOAN HOLTZMAN & SAKAI, LLP

By _____
Ingrid Evans
Attorneys for Plaintiff

Dated: March 21, 2006  ALSCHULER GROSSMAN STEIN & KAHAN LLP

By _____
Frank Kaplan
Attorneys for Defendants
Washington Mutual, Inc., Washington Mutual Insurance Services, Inc. and WM Financial Services, Inc.

Dated: March 21, 2006  MORRISON & FOERSTER LLP

By _____
Todd L. Burlingame
Attorneys for Defendants
American International Group, AIG Retirement Services, Inc., SunAmerica Life Insurance Company, and AIG Annuity Insurance Company

* * * * * * * * * *

ORDER

IT IS SO ORDERED.

Dated: March 21, 2006  _____
United States District Judge