LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
johns@lerachlaw.com
THEODORE J. PINTAR (131372)
tedp@lerachlaw.com
HELEN I. ZELDES (220051)
helenz@lerachlaw.com
RACHEL L. JENSEN (211456)
rachelj@lerachlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

RENNE SLOAN HOLTZMAN & SAKAI, LLP
LOUISE H. RENNE (36508)
lrenne@publiclawgroup.com
INGRID M. EVANS (179094)
ievans@publiclawgroup.com
50 California Street, Suite 2100
San Francisco, CA 94111-4624
Telephone: 415/678-3800
415/678-3838 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHEA BACON, by and through MOLLIE M. MORONEY, as Conservator of the Person and Estate of DOROTHEA BACON, Conservatee, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, et al.,<br><br>Defendants. | Case No. C-05-4979-MMC<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING WM AND AIG DEFENDANTS' MOTION TO DISMISS BRIEFING SCHEDULE |

STIPULATION AND [PROPOSED] ORDER MODIFYING WM AND AIG DEFENDANTS' MOTION TO DISMISS BRIEFING SCHEDULE

1  WHEREAS, Defendants Washington Mutual, Inc., Washington Mutual Insurance Services,
2  Inc. and WM Financial Services, Inc. (collectively "WM Defendants") have filed a motion to
3  dismiss plaintiff's Second Amended Complaint and American International Group, AIG Retirement
4  Services, Inc., SunAmerica Life Insurance Company and AIG Annuity Insurance Company ("AIG
5  Defendants") have filed a motion to dismiss plaintiff's Second Amended Complaint, a motion to
6  strike certain allegations in that complaint, and a motion for misjoinder of parties.
7  WHEREAS, Plaintiff's opposition briefs are currently due on Friday, April 21, 2006;
8  WHERAS plaintiff has requested a short extension for the filing of the opposition brief and
9  defendants do not oppose the extension request.
10  NOW, THEREFORE, the parties hereby agree and stipulate to the following modified
11  briefing schedule, *without changing the previously-scheduled hearing date*:
12  1.  Plaintiff's oppositions to WM and AIG Defendants' briefs to be filed and served on
13  Tuesday, April 25, 2006;
14  2.  WM and AIG Defendants' reply briefs to be filed and served Friday, May 5, 2005;
15  3.  The hearing date and time shall remain **May 19**, at 9:00 a.m.

16  Dated: April 20, 2006        RENNE SLOAN HOLTZMAN & SAKAI, LLP

18                                By _____
                                   Ingrid M. Evans
19                                 Attorneys for Plaintiff

20  Dated: April 20, 2006        ALSCHULER GROSSMAN STEIN & KAHAN LLP

22                                By Frank Kaplan
                                   Frank Kaplan
23                                 Attorneys for Defendants
                                   Washington Mutual, Inc., Washington Mutual
24                                 Insurance Services, Inc. and WM Financial Services,
                                   Inc.

STIPULATION AND [PROPOSED] ORDER MODIFYING WM DEFENDANTS'
MOTION TO DISMISS BRIEFING SCHEDULE - C-05-4979-MMC         - 1 -

04/20/2006 09:01 IFAX administrator@publiclawgroup.com → Fax ☐004/004
04/20/2006 09:00 FAX 925 946 9912  MORRISON& FOERSTER ☐004

Case 3:05-cv-04979-MMC   Document 55   Filed 04/20/06   Page 3 of 3

| | | |
|---|---|---|
| 1 | Dated: April 20, 2006 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By /s/ Todd L. Burlingame |
| 4 | | Todd L. Burlingame<br>Attorneys for Defendants |
| 5 | | American International Group, AIG Retirement Services, Inc., SunAmerica Life Insurance Company, and AIG Annuity Insurance Company |
| 6 | | * * * |
| 7 | | **ORDER** |
| 8 | IT IS SO ORDERED. | |
| 9 | DATED: April 20, 2006 | |
| 10 | ~~April __, 2006~~ | /s/ Maxine M. Chesney<br>THE HONORABLE CHESNEY<br>UNITED STATES DISTRICT JUDGE |
| 11 | S:\CasesSD\AIG Annuities-Bacon\STP00030184.doc | |

STIPULATION AND [PROPOSED] ORDER MODIFYING WM DEFENDANTS'
MOTION TO DISMISS BRIEFING SCHEDULE - C-05-4979-MMC         - 2 -