LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
johns@lerachlaw.com
THEODORE J. PINTAR (131372)
tcdp@lerachlaw.com
HELEN I. ZELDES (220051)
helenz@lerachlaw.com
RACHEL L. JENSEN (211456)
rachelj@lerachlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

RENNE SLOAN HOLTZMAN & SAKAI, LLP
LOUISE H. RENNE (36508)
lrenne@publiclawgroup.com
INGRID M. EVANS (179094)
ievans@publiclawgroup.com
50 California Street, Suite 2100
San Francisco, CA  94111-4624
Telephone:  415/678-3800
415/678-3838 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHEA BACON, by and through MOLLIE M. MORONEY, as Conservator of the Person and Estate of DOROTHEA BACON, Conservatee, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, et al.,<br><br>Defendants. | Case No. C-05-4979-MMC<br><br>STIPULATION OF DISMISSAL |

WHEREAS, Plaintiff Dorothea Bacon, by and through her Conservator Mollie M. Moroney, filed a putative class action lawsuit against Washington Mutual, Inc., Washington Mutual Insurance

STIPULATION OF DISMISSAL- C-05-4979-MMC                                                                                                              - 1 -

Services, Inc. and WM Financial Services, Inc. (collectively "WM Defendants") and American International Group, AIG Retirement Services, Inc., SunAmerica Life Insurance Company and AIG Annuity Insurance Company ("AIG Defendants")

WHEREAS, this action was initially filed in San Francisco Superior Court and thereafter removed to this Court on December 2, 2005;

WHEREAS, WM and AIG Defendants filed Motions to Dismiss on March 16, 2006, and March 17, 2006, respectively, which are set for hearing on May 19, 2006;

WHEREAS, the case is at a preliminary stage;

WHEREAS, plaintiff has not filed a motion for class certification, nor has the case been certified as a class action;

WHEREAS, plaintiff seeks to pursue this action on an individual basis, and not as a class representative;

IT IS THEREFORE STIPULATED between the parties through their attorneys of record, as follows:

(i) The above-captioned action be and hereby is dismissed without prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii);

(ii) This voluntary dismissal will not be considered an adjudication of the merits under Rule 41(a)(1) and a basis for costs under Rule 41(d), and defendants will not rely on this dismissal as a basis to object to any later suit brought by Dorothea Bacon in her individual capacity, and/or seek costs;

(iii) The parties retain whatever statute of limitations arguments they had as of the date of the dismissal of this action and the statute of limitations will be tolled for plaintiff's individual action from the date of the dismissal of this action for a period of 90 days in addition to whatever tolling, if any, was afforded by plaintiff's initial filing of this action on July 15, 2005, and subsequent amendment on November 2, 2005. The 90 day tolling period may be extended by written agreement by counsel for the parties. Nothing in this stipulation constitutes an agreement that the statute of limitations has been tolled prior to the dismissal of this action; and

(iv) Defendants to bear all their own costs and fees in this action.

IT IS SO STIPULATED:

Dated: April 25, 2006

RENNE SLOAN HOLTZMAN & SAKAI, LLP

By /s/ Ingrid M. Evans
Ingrid M. Evans
Attorneys for Plaintiff Dorothea Bacon, by and through MOLLIE M. MORONEY, as Conservator of the Person and Estate of DOROTHEA BACON, Conservatee

Dated: April 25, 2006

ALSCHULER GROSSMAN STEIN & KAHAN LLP

By /s/ Frank Kaplan
Frank Kaplan
Attorneys for Defendants
Washington Mutual, Inc., Washington Mutual Insurance Services, Inc. and WM Financial Services, Inc.

Dated: April 25, 2006

MORRISON & FOERSTER LLP

By /s/ Todd L. Burlingame
Todd L. Burlingame
Attorneys for Defendants
American International Group, AIG Retirement Services, Inc., SunAmerica Life Insurance Company, and AIG Annuity Insurance Company

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED:  April 25, 2006

/s/ Maxine M. Chesney
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE