UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

      An Administrative Motion to Consider Whether Cases Are Related has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case is not related, within the meaning of Civil L.R. 3-12, to the case assigned to me.

**C-05-4979 MMC**    **Bacon v. American International Group, et al.**

**C-06-4308 JCS**    **AIG Annuity Insurance Company v. Bacon**


Dated: July 31, 2006

                                            District Judge Maxine M. Chesney